RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

U.S. COURTS

MAY 10 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH ANNE WONDRA,<br>a/k/a SARAH ANNE RAMSEY,<br>a/k/a SARAH ANNE CHAMBERS,<br><br>Defendant. | Case No. 1:22-cr-99-BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Unlawful Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about April 13, 2022, in the District of Idaho, the Defendant, SARAH ANNE WONDRA, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Attempted Robbery (Attempt to Commit a Class A Felony – Robbery), entered on or about March 5, 2013, in case number 120833829 in the Circuit Court of the State of Oregon, in and for the County of Multnomah, did knowingly possess in and

**INDICTMENT** - 1

affecting commerce a firearm, that is, an Iberia (Hi-Point) Model JCP, .40 caliber pistol, bearing serial number X7227924, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, SARAH ANNE WONDRA, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

   a. Iberia (Hi-Point) Model JCP, .40 caliber pistol, bearing serial number X7227924;

   b. any associated ammunition.

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 10th day of May, 2022.

          A TRUE BILL

          */s/ [signature on reverse]*
          _____
          FOREPERSON

RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
By:

_____
ERIN C. BLACKADAR
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3