# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Sarah Anne Wondra** | JUVENILE: No |
| DEFENSE ATTORNEY:<br><br>Address:<br><br>Telephone No.: | PUBLIC or SEALED: Sealed<br>SERVICE TYPE: Warrant<br>(Summons or Warrant or Notice (if Superseding))<br>ISSUE: Yes |
| INVESTIGATIVE AGENT: Russell Nimmo<br>Telephone No.:<br>AGENCY: Federal Bureau of Investigation | INTERPRETER: No<br>If YES, language: |
| CASE INFORMATION: | RELATED COMPLAINT: No<br>CASE NUMBER: 1:22-cr-99.BLW |

*(Stamp: U.S. COURTS / MAY 10 2022 / Rcvd_____ Filed_____ Time_____ / STEPHEN W. KENYON / CLERK, DISTRICT OF IDAHO)*

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Payette** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **4 days** |
| Class B or C Misdemeanor:<br>(Petty Offense) | **No** | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | ONE | **Unlawful Possession of a Firearm** | **Imprisonment up to 10 years and/or a $250,00 fine, 3 years supervised release, $100 Special Assessment** |
| 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) | **FORFEITURE ALLEGATION** | **Firearm Forfeiture** | **Forfeiture of Listed Property** |

Date:    10 May 2022

Assistant U.S. Attorney:    ERIN C. BLACKADAR    *ECB*
Telephone No.:    (208) 334-1211