Nicole Owens
FEDERAL PUBLIC DEFENDER
John Cacheris
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
SARAH ANNE WONDRA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:22-cr-00099-BLW |
| Plaintiff, ) | UNOPPOSED MOTION TO CONTINUE TRIAL READINESS CONFERENCE AND TRIAL |
| vs. ) | |
| SARAH ANNE WONDRA, ) | |
| Defendant. ) | |

TO: JOSHUA HURWIT, UNITED STATES ATTORNEY
ERIN BLACKADAR, ASSISTANT UNITED STATES ATTORNEY

SARAH ANNE WONDRA, by and through her attorney of record, John Cacheris, for the Federal Defender Services of Idaho, hereby moves this honorable Court to continue her trial readiness conference and trial, which are currently scheduled for September 15, 2022, and September 26, 2022,

respectively.  This Motion is based on the attached affidavit of counsel and is unopposed by the government.

Ms. Wondra respectfully requests the Court to continue her trial readiness conference and trial for no less than sixty (60) days.  Should the parties resolve this case prior to any new trial setting, the undersigned will notify the Court immediately, so it can adjust its calendar accordingly.

Dated: September 12, 2022

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ John Cacheris
John Cacheris
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
SARAH ANNE WONDRA

# CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, UNOPPOSED MOTION TO CONTINUE TRIAL READINESS CONFERENCE AND TRIAL, was served on all parties named below on this 12th day of September 2022.

| | |
|---|---|
| Erin Blackadar, Assistant U.S. Attorney<br>Office of the United States Attorney<br>1290 West Myrtle Street, Suite 500<br>Boise, ID 83702 | ____ Hand Delivery<br>____ United States Mail<br>__X__ CM/ECF Filing<br>____ Email Transmission |

Erin.Blackadar@usdoj.gov

Dated: September 12, 2022      /s/ Sybil Davis
                               Sybil Davis