JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH ANNE WONDRA,<br><br>Defendant. | Case No. 1:22-cr-00099-BLW<br><br>**GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |

   The United States of America, by and through Joshua D. Hurwit, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 48(a), hereby moves the Court for an order dismissing the Indictment in this case.

   The State of Idaho, in case number CR38-23-0512, prosecuted and convicted the Defendant for the conduct alleged in the instant case. In the interest of justice, the Government

GOVERNMENT'S MOTION TO DISMISS INDICTMENT - 1

no longer wishes to proceed with this matter and moves the Court for an order dismissing the

Indictment in this case without prejudice.

Respectfully submitted this 2nd day of November, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


<u>*/s/ Erin C. Blackadar*</u>
ERIN C. BLACKADAR
Assistant United States Attorney

GOVERNMENT'S MOTION TO DISMISS INDICTMENT - 2