# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH ANNE WONDRA,<br><br>Defendant. | Case No. 1:22-cr-00099-BLW<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |

The Court, having reviewed the Government's Motion to Dismiss (Dkt. 45), and good cause being shown,

IT IS HEREBY ORDERED THAT Government's Motion to Dismiss Indictment (Dkt. 45) is **GRANTED** and the above matter is dismissed without prejudice.

DATED: **November 02, 2023**

B. Lynn Winmill
U.S. District Court Judge

ORDER – 1